IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DR. BONNIE SPEARMAN,** | : | No. 3:24cv1825 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Chief Magistrate Judge Bloom) |
| **MARCEL LAKE ESTATES** | : | |
| **PROPERTY OWNERS ASSOCIATION;** | : | FILED |
| **FRANK CAROZZA; GIL CLARK;** | : | SCRANTON |
| **RICHARD HANEL; TOM** | : | |
| **SCHWENZER; JOAN SCULLIN;** and | : | JUL 1 1 2025 |
| **NICKIE TOLERICO,** | : | PER JKU |
| **Defendants** | : | DEPUTY CLERK |

## ORDER

**AND NOW**, to wit, this 11th day of July 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Dr. Bonnie Spearman's objections, (Doc. 23), to the report and recommendation ("R&R") of Chief Magistrate Judge Daryl F. Bloom are **OVERRULED**, except for her objection regarding claims asserted pursuant to the Pennsylvania Human Relations Act ("PHRA"), 43 Pa. Stat. § 955(d), (e), which the court did not reach in its memorandum;

2) The R&R, (Doc. 22), is **ADOPTED** to the extent that it determined that the plaintiff's second amended complaint failed to state claims for violation of 42 U.S.C. § 1981 ("Section 1981") and that leave to amend these claims would be futile;

3) Defendant's motion to dismiss, (Doc. 14), is **GRANTED** regarding the plaintiff's Section 1981 claims;

4) Plaintiff's Section 1981 claims are **DISMISSED** with prejudice;

5) The R&R is **NOT ADOPTED** regarding its recommended disposition of plaintiff's PHRA claims;

6) The court declines to exercise supplemental jurisdiction over plaintiff's PHRA claims, see 28 U.S.C. § 1367(c)(3);

7) Plaintiff's PHRA claims are **DISMISSED** without prejudice; and

8) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court